# UNITED STATES DISTRICT COURT

_Northern_ District of _California_

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| v. _Gabriel Eugene Bradford_ | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 2:08-CR-00268-FCD | 08-70361 RS | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
[X] Indictment  [ ] Information  [ ] Complaint  [ ] Other (specify)

charging a violation of _18_ U.S.C. § _1922_

**DISTRICT OF OFFENSE:** _Eastern District California – Sacramento_

**DESCRIPTION OF CHARGES:** _Felon in Possession of Weapon_

**FILED JUN 16 2008**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**CURRENT BOND STATUS:**
[ ] Bail fixed at _____ and conditions were not met
[ ] Government moved for detention and defendant detained after hearing in District of Arrest
[X] Government moved for detention and defendant detained pending detention hearing in District of Offense
[ ] Other (specify)

**Representation:** [ ] Retained Own Counsel  [X] Federal Defender Organization  [ ] CJA Attorney  [ ] None

**Interpreter Required?** [X] No  [ ] Yes  Language:

**DISTRICT OF**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_6/16/08_ _____
Date / United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |