# UNITED STATES DISTRICT COURT
## Northern District of California
### 280 South First Street
### San Jose, California 95113
_____

www.cand.uscourts.gov

Richard W. Wieking                                              General Court Number
Clerk                                                                          408.535.5363

June 16, 2008

**Clerk of Court**
**US District Court for Eastern California**
**4-200 United States Courthouse**
**5011 I Street,**
**Sacramento, CA 95814-2322**

Case Name:          **USA-v-Gabriel Eugene Bradford.**
Case Number:     **5-08-70361-RS  (Your Case# 2:08-CR-00268-FLD)**
Charges:                **18:922**
Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Richard Seeborg.  The following action has been taken:

(X)     The U.S. Marshal has been ordered to remove this defendant
        to your district forthwith.

( )     The defendant has a court appearance in your court on:

Enclosed are the following documents:

Original  Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by:  _Cita F. Escalano_

Case Systems Administrator

Enclosures
cc: Financial Office

---------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____

**Date:** _____               **CLERK, U.S. DISTRICT COURT**

                                                                      **By** _____
                                                                              **Deputy Clerk**