**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

**Filed**
JUN 2 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

June 16, 2008

Clerk of Court
US District Court for Eastern California
4-200 United States Courthouse
5011 I Street,
Sacramento, CA 95814-2322

**RECEIVED**
JUN 2 0 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Case Name:     USA-v-Gabriel Eugene Bradford.
Case Number:   5-08-70361-RS   (Your Case# 2:08-CR-00268-FDB)
Charges:       18:922

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Richard Seeborg. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:

    Original Rule 5 affidavit
    original minute orders
  certified copy of *AO 94, Commitment to Another District*
    Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _Cita F. Escalano_
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____

Date: _____

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk